# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SCOTT PANGALLO D/B/A SCOTT PANGALLO CONTRACTING,

          Petitioner

     v.

PENNSYLVANIA PREVAILING WAGE APPEALS BOARD,

          Respondent

: No. 160 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.